JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Guerin, | Case No. 2:22-cv-00724-PA-E |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| v. | |
| Jasmin Larian LLC d/b/a Cult Gaia, | |
| Defendant. | |

Having read and considered the Stipulated Notice of Voluntary Dismissal, filed by Plaintiff Charles Guerin and Defendant Jasmin Larian LLC d/b/a Cult Gaia, IT IS HEREBY ORDERED THAT, this action is DISMISSED WITH PREJUDICE in its entirety, with each party bearing his or its own costs, expenses and attorney's fees incurred in the prosecution or defense of their respective claims and defenses.

IT IS SO ORDERED.

DATED: September 16, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE